EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

SEALED BY ORDER OF THE COURT

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
APR 10 2002
at ___ o'clock and ___ min ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 02-00128 SOM |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | 18 U.S.C. § 1029 [Access Device Fraud] |
| CRAIG T. AOKI, | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about December 13, 2001, in the District of Hawaii, CRAIG T. AOKI did knowingly, and with intent to defraud, use an unauthorized access device, namely, Sears Plus card account #11-50117-90060-7, to obtain goods and services having a value of more than $1,000, thereby having an effect on interstate commerce.

In violation of Title 18, United States Code, section 1029(a)(2).

## COUNT 2

The Grand Jury further charges:

From on or about December 14, 2001 through on or about December 16, 2001, in the District of Hawaii, CRAIG T. AOKI did knowingly, and with intent to defraud, use an unauthorized access device, namely, JC Penney retail card account #242-040-772-4-1, to obtain goods and services having a value of more than $1,000, thereby having an effect on interstate commerce.

In violation of Title 18, United States Code, section 1029(a)(2).

## COUNT 3

The Grand Jury further charges:

On or about December 15, 2001, in the District of Hawaii, CRAIG T. AOKI did knowingly, and with intent to defraud, use an unauthorized access device, namely, a CitiFinancial Credit Services account issued through Chock's T.V. and Appliance, Ltd., to obtain goods and services having a value of more than $1,000, thereby having an effect on interstate commerce.

In violation of Title 18, United States Code, section 1029(a)(2).

## COUNT 4

The Grand Jury further charges:

From on or about December 15, 2001 through on or about December 16, 2001, in the District of Hawaii, CRAIG T. AOKI did knowingly, and with intent to defraud, use an unauthorized access device, namely, Zales Diamond card account #6035251042579149, to obtain goods and services having a value of more than $1,000, thereby having an effect on interstate commerce.

In violation of Title 18, United States Code, section 1029(a)(2).

## COUNT 5

The Grand Jury further charges:

On or about December 16, 2001, in the District of Hawaii, CRAIG T. AOKI did knowingly, and with intent to defraud, use an unauthorized access device, namely, Sears Plus card account #11-50116-94832-6, to obtain goods and services having a value of more than $1,000, thereby having an effect on interstate commerce.

In violation of Title 18, United States Code, section 1029(a)(2).

## COUNT 6

The Grand Jury further charges:

From on or about December 19, 2001 through on or about December 20, 2001, in the District of Hawaii, CRAIG T. AOKI did knowingly, and with intent to defraud, use an unauthorized access

device, namely, RadioShack Answer Plus card account #7738-502-26796-4, to obtain goods and services having a value of more than $1,000, thereby having an effect on interstate commerce.

In violation of Title 18, United States Code, section 1029(a)(2).

Dated:  Honolulu, Hawaii, April 10, 2002.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

<u>United States v. Craig T. Aoki</u>
"Indictment"
Cr. No. _____