```
EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Att: Financial Litigation Unit
Rm 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI  96850
Telephone: (808) 541-2850
FAX:       (808) 541-3752
Email:   Edric.Ching@usdoj.gov
```

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 02-00128-001 |
|---|---|---|
| Plaintiff, | ) | PARTIAL RELEASE OF LIEN; |
| vs. | ) | EXHIBIT "A" |
| CRAIG T. AOKI, | ) | |
| Defendant. | ) | |

<u>PARTIAL RELEASE OF LIEN</u>

THE UNITED STATES OF AMERICA, by and through the United States Attorney for the District of Hawaii, and EDRIC M. CHING, Assistant United States Attorney, state that the criminal judgment filed against CRAIG T. AOKI (SSN: XXX-XX-3008) on May 9, 2003, and recorded by way of a Notice of Lien For Fine And/Or Restitution Imposed Pursuant To the Anti-Terrorism and Effective Death Penalty Act of 1996 on June 9, 2003; Document No. 2003-114798, Bureau of Conveyances, State of Hawaii, is hereby

released as to real property described on Exhibit "A" filed herein.

This releases the said property from all claim to or interest in the same or any part thereof and from all liens or encumbrances that have attached to said property by reason of said Judgment as free and clear in all respects, forever.

DATED: April 5, 2007           , Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By: /s/ Edric M. Ching
EDRIC M. CHING
Assistant U.S. Attorney

TMK: (1) 9-1-102-048-0005

**EXHIBIT "A"**

-FIRST:-

Apartment No. 26 of the Condominium Project known as "SUNCREST/THE SHORES/LOMBARDWAY/AVALON", formerly known as "Lombard Way, Phase C", as described in the Declaration of Condominium Property Regime dated November 19, 1998, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii as Document No. 2501726, as merged pursuant to those Certificates of Administrative Merger as referred to in Schedule B, and as shown on Condominium Map No. 1275 and any amendments thereto.

Together with appurtenant easements as follows:

(a) The exclusive right to use the limited common elements of Lombard Way which are described in the Declaration, and being appurtenant to the Apartment, and the right to use the mailbox bearing the same designation as the Apartment.

(b) Non-exclusive easements for use of the common elements in accordance with the purpose for which they are intended without hindering or encroaching upon the lawful rights of the other apartment owners, subject always to the exclusive use of the limited common elements as provided in the Declaration.

(c) Non-exclusive easements for use of the common elements for ingress to, egress from, utility service for, and support, maintenance and repair of said Apartment.

(d) Non-exclusive easements in other apartment in the building in which said Apartment is located for support.

(e) Non-exclusive easements for use of the common areas of the Ewa Gentry Community Area, as such area shall be designated from time to time pursuant to Article III of the Ewa by Gentry Community Area Declaration of Covenants, Conditions and Restrictions dated July 21, 1998, filed as Land Court Document No. 1568352, as the same has been and may be amended from time to time (the "CCRS"); subject, however, to the specific uses, restriction, conditions and limitations set forth in Section 3.03 and 4.03 of the CCRs.

-SECOND-

An undivided 10.0% interest in all common elements (including the land) of Lombard Way, as established by the Declaration, or such other undivided interest as hereafter established for the apartment by any amendment of the Declaration, as tenant in common with the holders of other undivided interests in and to said common elements.

The land upon said Condominium Project "LOMBARD WAY, PHASE C" is located is described as follows:

All that certain parcel of land situate Honouliuli, District of Ewa, City and County of Honolulu, State of Hawaii, described as follows:

LOT 12762, area 24,485 square feet, more or less, as shown on Map 935, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1069 of the Trustees under the Will and the Estate of James Campbell, deceased.

EXHIBIT "A" CONTINUED

Together with non-exclusive rights of access over, upon and across Easement 6630, as shown on Map 935; Easement 6094 for access and utility purposes, as shown on Map 859; Roadway Access Lot 11747 (Laupa'i Street and Keaunui Drive), as shown on Map 849; and Roadway Access Lots 11740 and 11741 (portion of Kolowaka Drive), as shown on Map 848, all of said maps being filed in the Office of the Assistant Registrar with Land Court Application No. 1069.

Said rights as to said Roadway Access Lots to continue until such time as said Roadway Access Lots are dedicated and conveyed to the City and County of Honolulu, State of Hawaii, or other responsible authority as public roadways.

Being land(s) described in Transfer Certificate of Title No. 534, 627 issued to CRAIG TAKEO AOKI and JANICE PANCIPANCI AOKI, husband and wife, as Tenants by the Entirety, as to an undivided 10.0% interest.

BEING THE PREMISES ACQUIRED BY DEED

| | | |
|---|---|---|
| GRANTOR | : | GENTRY HOMES, LTD., a Hawaii corporation |
| GRANTEE | : | CRAIG TAKEO AOKI and JANICE PANCIPANCI AOKI<br>Husband and wife, as Tenants by the Entirety |
| DATED | : | May 25, 1999 |
| FILED | : | Land Court Document No. 2556573 |

Being land(s) described in Transfer Certificate of Title No. 521,311 to Paul Xavier, a married man as Tenant in Severalty, as to an undivided 10.0% interest.

| | | |
|---|---|---|
| GRANTOR | : | CRAIG TAKEO AOKI and JANICE PANCIPANCI AOKI<br>Husband and wife, as Tenants by the Entirety |
| GRANTEE | : | PAUL XAVIER<br>A married man, husband to Deborah Xavier |
| DATED | : | October 23, 2006 |

Being land(s) described in Transfer Certificate of Title No. 830, 086 to REALESTATE-EXTREME, LLC, a Hawaii Limited Liability Company as Tenants in Severalty, as to an undivided 10.0% interest.

| | | |
|---|---|---|
| GRANTOR | : | PAUL XAVIER<br>A married man, husband to Deborah Xavier |
| GRANTEE | : | REALESTATE-EXTREME, LLC<br>A Hawaii Limited Liability Company |
| DATED | : | December 29, 2006 |